No. 65777.—United China & Glass Co. v. United States, protest 270939–K/14616 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorated earthenware salt boxes, the claim of the plaintiff was sustained.